Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 SEP 29 AM 11: 10

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:

PEDRO ANTONIO LOPEZ,
MARIA EUGENIA OLIVARES,

Debtor(s).

Bankruptcy No. 10-37443 RKM

[Chapter 7]

--ooOoo--

## DIVIDENDS REMITTED TO COURT

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that the following check is a dividend required to be remitted to the Court:

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 1923293 | T Mobile<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | $4.39 |

Attached is check #1923293 payable to the United States Bankruptcy Court representing the dividend described above.

The addresses listed above constitute the last known address of the creditor in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: September 29, 2011.

Roger G. Segal, Trustee



Date: 09/26/11

**DIVIDENDS REMITTED TO THE COURT**

Page:

Case Number 10-37443 - LOPEZ, PEDRO ANTONIO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 000011 | 128.79 | 4.39 |
| ---------- Remittance Total --------------- | | 128.79 | 4.39 |

ROGER G. SEGAL, Trustee